ORIGINAL

FILED

MAY 1 4 2008

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0906-GT |
| Plaintiff, | ) | |
| v. | ) | I N F O R M A T I O N |
| | ) | **(SUPERSEDING)** |
| MANUEL CASTILLO-CRUZ, | ) | Title 18, U.S.C., Sec. 1001 – |
| T/N Alejandro Fernandez-Licona, | ) | False Statement to a Federal |
| | ) | Officer |
| Defendant. | ) | |

The United States Attorney charges:

On or about February 25, 2008, within the Southern District of California, defendant MANUEL CASTILLO-CRUZ, true name ALEJANDRO FERNANDEZ-LICONA, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a United States Immigration and Customs Enforcement Officer that his name was Manuel Castillo-Cruz, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED:  4/25/08  .

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney

CEM:lg:San Diego
4/24/08