AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| MANUEL CASTILLO-CRUZ<br>T/N Alejandro Fernandez-Licona | CASE NUMBER: 08CR0906-GT |

I, ALEJANDRO FERNANDEZ-LICONA, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _5/14/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Fernandez Licona Alejandro_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER